United States District Court
Northern District of Illinois
Eastern Division

RECEIVED
NOV 0 5 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s):

Daniela M. Sardisco

VS.

Defendant(s):

Valerie
4524 Tujunga Ave.
Studio City, CA 91602-2049

07cv6242
JUDGE ASPEN
MAG. JUDGE SCHENKIER

## Complaint

I paid and signed my name under a three month contract to rent a bedroom at 4524 Tujunga Ave in December of 2006. On about my third or forth day of staying in the apartment I was confronted with the voice of one of my stalkers. He had come to the complex and was staying in the apartment above ours. I held a conversation with him while I was on the porch. I was not able to see him but I was sure that that was his voice! This alerted me I was aware that the best thing to do is call the police and have them knock on the door upstairs and see what was going on. I dialed 911 and the police came in a hurry. Unfortunately one of the police officers insisted I sat down in the kitchen

1

while the male officer went rampaging threw my room with his boots on. I had done nothing illegal there was no reason for him to go threw my room. While he went into my room Valerie joined him and she did not give me any respect. I am under the impression she might have told him I was suicidal. I did not tell her anything of the sort. I have never felt suicidal!

Because of what she said the police then took me into their custody and brought me to the police station. I was later released to go to a mental hospital for a 72 hour lock down, where I was faced with more problems. After I was released, I went to the apartment and I received a rude and inconsiderate note from her stating; someone had told her to change the locks and she had removed everything out of my bedroom. Not only was everything in the living room, but, some of my valuables were missing! She decided that it was a good idea to take my things to Texas with her. She took a pair of my shoes, my perfume; a glass piece of art work valued at $230.00 my jewelry, my digital camera, my wallet, and a few other things. I had to wait over a week to get my belongings and when they were returned to me she handed them over used and in a bag that reeked of urine!

I have been completely miss-used and taken advantage of. Because I was kicked out I was forced to go stay at a hotel; where there after my vehicle along with all my belongings was stolen.

Valerie hurt me horribly what she did was the beginning of a horrible chain of events. I am personally injured and I am worthy of compensation.

*Daniela Sardisco*

306 Charmille Ln. Wood Dale Il 60191 (630) 523-3037

2