# United States District Court

## Northern District of Illinois

Eastern Division

Sardisco                                                **JUDGMENT IN A CIVIL CASE**

            v.                                                       Case Number: 07 C 6242

Valerie

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐      Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that We conclude that Sardisco's proposed complaint is frivolous and fails to state a claim under Rule 12(b)(6).  Sardisco fails to allege how we might have jurisdiction over her claim or how we might have jurisdiction over Valerie, thus warranting dismissal of the matter pursuant to Rules 12(b)(1) and (2). For the foregoing reasons, we dismiss Sardisco's complaint and deny the *in forma pauperis* application.

                                                               Michael W. Dobbins, Clerk of Court

Date: 11/16/2007                                _____

                                                               /s/ Gladys Lugo, Deputy Clerk