Motion Appeal

KC FILED
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Daniela Sardiso

v.

Defendant(s)

Case No. 07 C 6242

Amount: 1 million

Valerie Domiguez?

She put me on the street and in danger, she lied to the police and she robbed from me, she resides in CA.

I was sexually harassed and assulted by the Defendant she forced sex on me after I paid to rent from her. She also defecated on my belongings!