Motion Appeal



KC FILED
FEB 08 2008
FEB 08 2015
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Daniela Sardiso

v.

Defendant(s)

Case No. 07 C 6242

Amount: 1 million

Valerie Domiguez

She put me on the street and in danger, She lied to the police and she robbed from me, She resides in CA. I was sexualy harassed and Assulted by the Defendent She Forced Sex on me After I paid to rent From her. She also Defecated on my belongings!

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cv 6242

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Sardisco/appellant | | Valerie/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Daniela M. Sardisco | Name | |
| Firm | pro-se | Firm | |
| Address | 306 Charmille Lane P.O. Box 87 Wood Dale Il. 60191 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Aspen | Date Filed in District Court | 11/5/07 |
| Court Reporter | B. Wilson   X-5771 | Date of Judgment | -------- |
| Nature of Suit Code | 360 | Date of Notice of Appeal | 2/8/08 |

COUNSEL:   Appointed [ ]    Retained [ ]    Pro Se [X]

FEE STATUS:   Paid [ ]    Due [X]    IFP [ ]

IFP Pending [ ]    U.S. [ ]    Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]    Denied [ ]    Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

APPEAL, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06242
## Internal Use Only

Sardisco v. Valerie
Assigned to: Honorable Marvin E. Aspen
Demand: $50,000
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 11/05/2007
Date Terminated: 11/16/2007
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Daniela M. Sardisco**     represented by **Daniela M. Sardisco**
306 Charmille Lane
P.O. Box 87
Wood Dale, IL 60191
(630) 523-3037
PRO SE

V.

**Defendant**

**Valerie**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | **1** | RECEIVED Complaint and one copy by Daniela M. Sardisco. (mjc, ) (Entered: 11/06/2007) |
| 11/05/2007 | **2** | CIVIL Cover Sheet. (Poor Quality Original-Paper Document on File). (mjc, ) (Entered: 11/06/2007) |
| 11/05/2007 | **3** | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (mjc, ) (Entered: 11/06/2007) |
| 11/05/2007 | **4** | MOTION by plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (Poor Quality Original-Paper Document on File). (mjc, ) (Entered: 11/06/2007) |

| | | |
|---|---|---|
| 11/16/2007 | **5** | MINUTE entry before Judge Marvin E. Aspen : We conclude that Sardisco's proposed complaint is frivolous and fails to state a claim under Rule 12(b)(6). Sardisco fails to allege how we might have jurisdiction over her claim or how we might have jurisdiction over Valerie, thus warranting dismissal of the matter pursuant to Rules 12(b)(1) and (2). For the foregoing reasons, we dismiss Sardisco's complaint and deny the in forma pauperis application (Doc. No. 4). It is so ordered.Mailed notice (mjc, ) (Entered: 11/19/2007) |
| 11/16/2007 | | (Court only) ***Civil Case Terminated. (mjc, ) (Entered: 11/19/2007) |
| 11/16/2007 | **6** | ENTERED JUDGMENT.(mjc, ) (Entered: 11/19/2007) |
| 02/08/2008 | **7** | NOTICE of appeal by Daniela M. Sardisco regarding orders (Fee Due) (dj, ) (Entered: 02/12/2008) |
| 02/12/2008 | **8** | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/12/2008) |