# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court (312)435-5850

**J. N.**

**To:** District Court Clerk's Office

**Re:** Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | February 12, 2008 |
| Appellate Court No.: | 08-1336 |
| Short Caption: | Sardisco, Daniela M. v. Valerie |
| District Court Judge: | Marvin Aspen |
| District Court No.: | 1:07-cv-06242 |

If you have any questions regarding this appeal, please call this office.

**cc:** **B. Wilson**