**FILED**

**FEBRUARY 13, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>CIRCUIT RULE 3(b) NOTICE</u>

**Date: February 12, 2008**
**Re:** Sardisco, Daniela M. v. Valerie
        Appeal No.: 08-1336

Appeal from the United States District Court for the **J. N.**
Northern District of Illinois, Eastern Division
No. 07 C 6242, Marvin E. Aspen, Judge

To:      Daniela M. Sardisco
         306 Charmille Lane
         P.O. Box 87
         Wood Dale, IL  60191

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 2/12/08.
The District Court has indicated that as of 2/8/08 the docket
fee has not been paid.  Depending on your situation, you should:

    1. Pay the required $450.00 docketing fee PLUS the $5.00
       notice of appeal filing fee to the District Court Clerk,
       **if you have not already done so.**  The Court of Appeals
       cannot accept this fee.  You should keep a copy of the
       receipt for your records.

    2. File a motion to proceed on appeal in forma pauperis with
       the District Court, **if you have not already done so.**
       An original and three copies of that motion, with proof
       of service on your opponent, is required.  This motion must be
       supported by a sworn affidavit in the form prescribed by Form 4
       of the Appendix of Forms to the Federal Rules of Appellate Procedur
       (as amended 12/1/98), listing the assets and income of the
       appellant(s).

    3. If the motion to proceed on appeal in forma pauperis is
       denied by the district court, you must either pay the
       required $450.00 docketing fee PLUS the $5.00 notice of
       appeal filing fee to the District Court Clerk, within 14
       days after service of notice of the action of the district
       court, or within 30 days of that date, renew your motion
       to proceed on appeal in forma pauperis with this court.
       If the motion is renewed in this court, it must comply with
       the terms of Fed. R. App. P. 24(a).

        If one of the above stated actions is not taken, the appeal
will be dismissed.

(1258-020300)
bcc:  Michael W. Dobbins