

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

March 4, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Daniela M. Sardisco vs. Valerie

U.S.D.C. DOCKET NO. : 07cv6242

U.S.C.A. DOCKET NO. : 08-1336

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)          **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Daniela M. Sardisco vs. Valerie.

USDC NO.   : 07cv6242

USCA NO.   : 08-1336

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 4th day of March, 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
   A. Rone, Deputy Clerk

APPEAL, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06242
### Internal Use Only

Sardisco v. Valerie  
Assigned to: Honorable Marvin E. Aspen  
Demand: $50,000

Case in other court:  08-01336

Date Filed: 11/05/2007  
Date Terminated: 11/16/2007  
Jury Demand: None  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

Cause: 28:1331 Fed. Question: Personal Injury

**Plaintiff**

**Daniela M. Sardisco**  represented by **Daniela M. Sardisco**  
306 Charmille Lane  
P.O. Box 87  
Wood Dale, IL 60191  
(630) 523-3037  
PRO SE

V.

**Defendant**

**Valerie**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | RECEIVED Complaint and one copy by Daniela M. Sardisco. (mjc, ) (Entered: 11/06/2007) |
| 11/05/2007 | 2 | CIVIL Cover Sheet. (Poor Quality Original-Paper Document on File). (mjc, ) (Entered: 11/06/2007) |
| 11/05/2007 | 3 | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (mjc, ) (Entered: |

| | | |
|---|---|---|
| | | 11/06/2007) |
| 11/05/2007 | 4 | MOTION by plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (Poor Quality Original-Paper Document on File). (mjc, ) (Entered: 11/06/2007) |
| 11/16/2007 | 5 | MINUTE entry before Judge Marvin E. Aspen : We conclude that Sardisco's proposed complaint is frivolous and fails to state a claim under Rule 12(b)(6). Sardisco fails to allege how we might have jurisdiction over her claim or how we might have jurisdiction over Valerie, thus warranting dismissal of the matter pursuant to Rules 12(b)(1) and (2). For the foregoing reasons, we dismiss Sardisco's complaint and deny the in forma pauperis application (Doc. No. 4). It is so ordered.Mailed notice (mjc, ) (Entered: 11/19/2007) |
| 11/16/2007 | | (Court only) ***Civil Case Terminated. (mjc, ) (Entered: 11/19/2007) |
| 11/16/2007 | 6 | ENTERED JUDGMENT.(mjc, ) (Entered: 11/19/2007) |
| 02/08/2008 | 7 | NOTICE of appeal by Daniela M. Sardisco regarding orders (Fee Due) (dj, ) (Entered: 02/12/2008) |
| ~~02/12/2008~~ | ~~8~~ | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/12/2008)~~ |
| ~~02/12/2008~~ | ~~9~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 7. Notified counsel (dj, ) (Entered: 02/12/2008)~~ |
| ~~02/13/2008~~ | ~~10~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 7 ; USCA Case No. 08-1336. (mjc, ) (Entered: 02/19/2008)~~ |
| ~~02/13/2008~~ | ~~11~~ | ~~CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 02/19/2008)~~ |

**KEY**

```
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```