**FILED**

MAR 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Daniela Sardiso

V.

Case No. 07 C 6242

Defendant(s) Valerie Dominguez   Aspen

~~AMENDED COMPLAINT~~

Exhibit Added

Pamela

You told me to change the locks, so I did. Here is some change so you can call me. I am at work (323.793.1397). As soon as I hear from you I will come home. You have the keys to your truck — stay in it. You'll be safe there until I arrive.

— Valerie

07C06242

## SECURITY DEPOSIT ITEMIZATION FORM

To: Daniela Sardisco

Property Address: 4524 Tujunga Ave. #1 · Studio City, CA 91602

Amount of all deposits being held: $ 500.⁰⁰

### LESS THE FOLLOWING ITEMS:

| | |
|---|---|
| Amount of any rent owed through the day the tenant vacated | $ |
| Amount of all future rent owed under the lease agreement (this may be adjusted downwards if premises are re-rented) | $ |
| Other items owed prusuant to the lease agreement *please describe* | $ |
| Actual and reasonable cleaning charges: | $ |
| Unusual wear and tear to the premises: *please itemize* | $ |
| | $ |
| | $ |
| | $ |
| **Total of Deductions** | $ |
| **Balance owed to Tenant** (or) **Balance owed to Landlord** | $ |

Landlord/Agent/Owner [signature]

Date 12·2·06 — PAID $1,050.⁰⁰ on 12·2·06

If no forwarding address, mail to your vacated unit. If you are deducting $125 or more, it is necessary to include receipts or estimates.

[signature] 12-02-06