CERTIFIED COPY



# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

FILED

MAY 02 2008 TG
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 10, 2008

Before

Michael S. Kanne, *Circuit Judge*
Ilana Diamond Rovner, *Circuit Judge*
Diane S. Sykes, *Circuit Judge*

| | |
|---|---|
| DANIELA M. SARDISCO,<br>    Plaintiff-Appellant,<br><br>No. 08-1336    v.<br><br>VALERIE,<br>    Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>]<br>] No. 07 C 6242<br>]<br>] Marvin E. Aspen, Judge. |

### ORDER

On February 14, 2008, the court issued an order requiring that appellant, on or before February 28, 2008, file a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. Appellant, however, has not responded to the court's order. Therefore, on review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on November 19, 2007, and the notice of appeal was filed on February 8, 2008, over seven weeks late. The district court has not granted an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to do so, see Fed. R. App. P. 26(b).